**THE URBAN LAW FIRM**
Michael A. Urban, Nevada State Bar No. 3875
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: 702.968.8087
Facsimile: 702.968.8088
Electronic Mail: murban@theurbanlawfirm.com
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, and AIRLINE PROFESSIONALS ASSOCIATION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTESR, LOCAL UNION NO. 1224,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY, et al.,<br><br>Defendants. | Case No.: 2:14-cv-00043-APG-GWF |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR NON-RESIDENT COUNSEL TO FILE VERIFIED PETITION FOR PERMISSION TO PRACTICE**

Plaintiffs International Brotherhood of Teamsters, Airline Division and Airline Professionals Association of the International Brotherhood of Teamsters, Local No. 1224 (collectively, the "IBT") file this first Unopposed Motion to Extend the Deadline for Non-Resident Counsel to File a Verified Petition for Permission to Practice.  A one week extension from February 23, 2014 to March 3, 2014 is requested because of a death in the family of IBT Counsel James Petroff, which has prevented him from filing by the original February 23, 2014 deadline.  Plaintiffs' counsel has contacted Defendants' counsel and confirmed that there is no opposition to an extension of time.

For good cause shown, Plaintiffs request the motion be granted.

Dated: February 21, 2014					Respectfully submitted,


						*/s/ Michael A. Urban*
						Michael A. Urban (Nev. Reg.    3875)
						**THE URBAN LAW FIRM**
						4270 S. Decatur Blvd., Suite A-9
						Las Vegas, NV 89103
						PH: 702.968.8087; FAX 702.968.8088
						murban@theurbanlawfirm.com

						Edward M. Gleason, Jr.
						**Law Office of Edward Gleason, PLLC**
						910 17th Street, N.W., Suite 800
						Washington, DC 20006
						PH: 202-800-0099
						egleason@gleasonlawdc.com
						(*Pro hac vice* petition pending)

						James Petroff (Ohio Reg. 0042476)
						**BARKAN & MEIZLISH, LLP**
						250 East Broad Street, 10th Floor
						Columbus, Ohio 43215
						PH: 614-221-4221; FAX 614-744-2300
						jpetroff@barkanmeizlish.com

						**Attorneys for Plaintiffs**

						**IT IS SO ORDERED.**

						_____
						GEORGE FOLEY, JR.
						United States Magistrate Judge

						DATED:   February 24, 2014

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND DEADLINE FOR NON-RESIDENT COUNSEL TO FILE VERIFIED PETITION FOR PERMISSION TO PRACTICE** has been served via CM/ECF and by first class mail, postage prepaid on this 21st day of February, 2014 to the following:

| Elizabeth M. Rodriguez<br>FordHarrison LLP<br>100 S.E. 2nd Street, Ste. 2150<br>Miami, Florida  33131 | Douglas W. Hall<br>FordHarrison LLP<br>1300 19 Street, N.W., Ste. 700<br>Washington, D.C.  20036 | Andrew D. McClintock<br>FordHarrison LLP<br>271 17th Street, N.W., Ste. 1900<br>Atlanta, GA  30363 |
|---|---|---|

*/s/ Krista Taylor-Openbrier*
An employee of The Urban Law Firm