UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINES DIVISION; AIRLINE PROFESSIONALS ASSOCIATION OF THE IBT, LOCAL UNION NO. 1224,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGIANT AIR, LLC; ALLEGIANT TRAVEL COMPANY,<br><br>Defendants. | Case No. 2:14-cv-00043-APG-GWF<br><br>**Order Temporarily Staying Preliminary Injunction**<br><br>(Dkt. # 81) |

    Defendants Allegiant Air, LLC and Allegiant Travel Company (collectively, "Allegiant") have filed a motion (Dkt. #81) seeking a stay of the Preliminary Injunction (Dkt. #79) that I entered on July 22, 2014 while they appeal that injunction to the Ninth Circuit. Allegiant also requests that I order plaintiffs International Brotherhood of Teamsters, Airlines Division and Airline Professionals Association of the IBT, Local Union No. 1224 (collectively, the "IBT") to post a bond in support of the Preliminary Injunction under Section 7 of the Norris-LaGuardia Act, 29 U.S.C. § 107 and Federal Rule of Civil Procedure 65(c). (Dkt. #80.)

    I see no reason to stay the Preliminary Injunction under Federal Rule of Civil Procedure 62(c). I do not believe that Allegiant is likely to succeed on the merits of its appeal, Allegiant will not be irreparably harmed absent a stay, issuance of the stay likely will substantially injure the IBT, and (as set forth in the Preliminary Injunction) the public interest supports the Preliminary Injunction's entry and enforcement. *Nken v. Holder*, 556 U.S. 418, 434 (2009). Thus, I will not stay the Preliminary Injunction pending completion of Allegiant's appeal to the Ninth Circuit.

    However, it appears that Allegiant is correct that I neglected to require the IBT to post a bond in connection with the Preliminary Injunction. Therefore, I will stay the injunction until the

bond is posted. Pursuant to Local Rule 7-2(b), the IBT has until August 11, 2014 to oppose the motion for bond. Of course, the IBT may file its brief sooner than that, thereby shortening the length of time the Preliminary Injunction is stayed. The IBT should, in its brief, address the amount of the bond that may be required. Accordingly,

IT IS HEREBY ORDERED that the Order Granting Motion for Preliminary Injunction is stayed and held in abeyance pending further order of the Court.

DATED this 25th day of July, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE