**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINES DIVISION; AIRLINE PROFESSIONALS ASSOCIATION OF THE IBT, LOCAL UNION NO. 1224, <br><br> Plaintiffs, <br><br> v. <br><br> ALLEGIANT AIR, LLC; ALLEGIANT TRAVEL COMPANY, <br><br> Defendants. | Case No. 2:14-cv-00043-APG-GWF <br><br> **ORDER DENYING MOTION FOR CONTEMPT SANCTIONS** <br><br> (Dkt. #131) |

As part of an ongoing labor dispute, Teamsters has filed a motion for sanctions against Allegiant Air.[1] The motion primarily consists of allegations that Allegiant did not comply with the preliminary injunction I issued on July 22, 2014. According to Teamsters, Allegiant has "done nothing 'to better respect pilot seniority' in compliance with this Court's order. And the result is that [Allegiant has] not provided basic 'predictability' as required by that same order.'"[2]

On May 1, 2015, after a three-day evidentiary hearing in a related case, I issued an order holding that Allegiant had indeed complied with the July preliminary injunction.[3] Teamsters' motion for sanctions is therefore denied as moot to the extent that it tries to fault Allegiant for violating that injunction. The motion also contains references to misrepresentations Allegiant allegedly made to me before I issued the injunction.[4] I have set a hearing for later this summer to address those allegations. If Teamsters can prove at that hearing that Allegiant misled me, it can again move for contempt sanctions.

---

[1] (Dkt. #131.)

[2] (*Id*. at 5.)

[3] (*See Allegiant II*, 2:15-cv-580-APG-GWF, Dkt. #33.)

[4] (*See id*. at 2-4, 7.)

1     IT IS THEREFORE ORDERED that Teamsters' motion for contempt sanctions (Dkt. #131) is DENIED.

    DATED this 28th day of May, 2015.

                                      ANDREW P. GORDON
                                      UNITED STATES DISTRICT JUDGE