**LAW OFFICE OF EDWARD M. GLEASON, PLLC**
Edward M. Gleason, Jr., Esq. (admitted *pro hac vice*)
910 17th Street, N.W., Suite 800
Washington, DC 20006
T: (202) 800-0099
egleason@gleasonlawdc.com

**THE URBAN LAW FIRM**
Michael A. Urban, Nevada Bar No. 3875
Nathan R. Ring, Nevada Bar No. 12078
Sean W. McDonald, Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
***Counsel for Plaintiffs***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:14-cv-00043-APG-GWF<br><br>**AMENDED STIPULATION AND ORDER ON RELEASE OF INJUNCTION BOND** |

This stipulation and order corrects the address to which the injunction bond should be tendered and supersedes the stipulation at Doc. No. 154.

Plaintiffs International Brotherhood of Teamsters, Airline Division, and Airline Professionals Association of the International Brotherhood of Teamsters, Local No. 1224 ("Plaintiffs" or "Teamsters") and Defendants Allegiant Travel Company and Allegiant Air, Inc. (hereinafter "Defendants" or "Allegiant") hereby submit this Stipulation and Order to Release Injunction Bond in the above entitled action and states the following:

  1. This Court has jurisdiction over this matter.

2.	An injunction bond, RLI Insurance Company bond number CMS270414, was posted on August 13, 2014, in the amount of $175,000.00 to the United States District Court Clerk (hereinafter referred to collectively as the "Injunction Bond"). [Dkt. 93].

3.	The Bond was posted by the Teamsters through RLI Insurance Company.

4.	Allegiant is entitled to recovery on the Injunction Bond because Allegiant is accepting the funds in the amount of $175,000.00 as full satisfaction of claims pertaining to Allegiant's attorneys' fees, costs, and other expenses related to the defense of the matters outlined by the Court in the Order Imposing Bond as Security for Preliminary Injunction. [Dkt. 89].

5.	The Bond should be tendered to Allegiant as follows:

>	Laura Overton
>	Allegiant Travel Company and Allegiant Air, Inc.
>	1201 N Town Center Drive
>	Las Vegas, NV  89144

WHEREFORE, Teamsters and Allegiant pray for an amended order of this Court immediately releasing the Injunction Bond being held in this matter to Allegiant.

Dated:  February 22, 2016

/s/ Edward M. Gleason, Jr.
Edward M. Gleason, Jr., Esq. (admitted *pro hac vice*)
LAW OFFICE OF EDWARD M. GLEASON, PLLC
910 17th Street, N.W., Suite 800
Washington, DC 20006
T: 202-800-0099; egleason@gleasonlawdc.com
**Attorney for Plaintiffs**

/s/ Sean W. McDonald
Michael A. Urban, Esq., Nevada Bar No. 3875
Nathan R. Ring, Esq., Nevada Bar No. 12078
Sean W. McDonald, Nevada Bar No. 12817
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: 702-968-8087
murban@theurbanlawfirm.com;
nring@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
**Attorneys for Plaintiffs**

[additional signature next page]

Dated:  February 22, 2016              /s/ Douglas W. Hall
Douglas W. Hall, Esq.
FORD HARRISON, LLP
1300 19th Street NW, Suite 300
Washington, DC 20036
T: 202.719.2000; dhall@fordharrison.com
**Attorneys for Defendants**

## ORDER

THIS MATTER having come before this Court, by the Teamsters and Allegiant, and the Court, being fully advised in the premises, finds the request to release the injunction bond should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that Defendants are entitled to recovery on the Injunction Bond, RLI Insurance Company bond number CMS270414, in the amount of $175,000.00, and payment of the bond shall be directed to Allegiant Travel Company and Allegiant Air, Inc. at the following address:

Laura Overton
Allegiant Travel Company and Allegiant Air, Inc.
1201 N Town Center Drive
Las Vegas, NV  89144

IT IS FURTHER ORDERED that Plaintiffs shall direct their surety to promptly make payment to Defendants.

IT IS FURTHER ORDERED this Amended Order supersedes the Order at Doc. No. 155.

Dated: February 23, 2016               .    _____
                                            UNITED STATES DISTRICT JUDGE

65375_4

3